NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3M COMPANY,**
*Appellant*

**v.**

**BAY MATERIALS, LLC,**
*Appellee*

---

2024-1888

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01214.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

2                                 3M COMPANY v. BAY MATERIALS, LLC

(3)  All pending motions are denied as moot.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

July 23, 2024
      Date

ISSUED AS A MANDATE:  July 23, 2024